**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6107**

JIMMY D. DUNIGAN,

                  Petitioner - Appellant,

         v.

THEODIS BECK, Department of Corrections,

                  Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:05-hc-00349-BO)

Submitted:  June 12, 2008                Decided:  June 20, 2008

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jimmy D. Dunigan, Appellant Pro Se.  Mary Carla Hollis, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy D. Dunigan, a state prisoner, has filed a second notice of appeal from the district court's judgment denying relief on his 28 U.S.C. § 2254 (2000) petition. As our previous decision in No. 06-6194 dismissed Dunigan's appeal from the district court's judgment, we dismiss the present appeal of that same judgment as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED